IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO CATTLE GROWERS
ASSOCIATION, et al.,

    Plaintiffs,

vs.                                                             No. CIV 13-506 JP/KBM

S.M.R JEWELL, et al,

    Defendants.

## ORDER OF DISMISSAL

On October 24, 2013, the parties filed a CORRECTED STIPULATION OF DISMISSAL (Doc. No. 17).   The Court reviewed the file and finds that the stipulation should be approved.

IT IS ORDERED that the parties' stipulation is approved, the parties' agreement is ratified, and this case is dismissed with prejudice.

_____
SENIOR UNITED STATES DISTRICT JUDGE